## HEARD ET AL. *vs.* LOWRY.

A transcript, not authenticated under the seal of the court below, cannot be considered, though regularly submitted. *Hudspeth vs. The State,* 1 *Ark.,* cited.

THIS was an action of debt by attachment, determined in the Crawford Circuit Court, in October, 1843, before the Hon. R. C. S. BROWN, one of the circuit judges. Judgment for the defendants below, and writ of error. The transcript was perfect in every respect except having the seal of the Crawford court affixed.

The case was argued and submitted here, by *Pike & Baldwin,* for the plaintiffs, and *Oldham & Roane,* contra.

*By the Court,* SEBASTIAN, J. This case has been argued and submitted to the court, and upon inspection it appears that the transcript of the proceedings below, is not authenticated by the seal of office of the circuit court of Crawford county. It is tantamount to no transcript at all, and "no case is thereby brought into this court, of which the court can take cognizance," as was held in *Hudspeth vs. The State,* 1 *Ark. Rep.* 20. The same principle has been repeatedly ruled by this court. The cause must therefore be dismissed.